# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ROSEANNE BARNES,

               **Plaintiff,**

      v.                                      Civil No. 06-1632-AA

GE SECURITY, INC., GENERAL ELECTRIC COMPANY, GE INTERLOGIX, GE INFRASTRUCTURE,

               **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: April 23, 2008.

               SHERYL MC CONNELL, CLERK

            by:    /s/ Leslie Engdall
                    Leslie Engdall, Deputy

**JUDGMENT**                                      **DOCUMENT NO:** _____